```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Valentin Reid,

                    Plaintiff,                    19 Civ. 6551 (DAB)
                                                        ORDER

          -against-


On Que Style L.L.C.,

                    Defendant.
---------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

    The above-captioned case was filed on July 15, 2019. (ECF No. 1.) On October 24, 2019, Plaintiff was ordered to show cause why his Complaint against Defendant should not be dismissed for failure to prosecute. (ECF No. 6.) To date, he has not done so.

    Accordingly, this case is DISMISSED for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").

SO ORDERED.

Dated:   New York, New York
           January 28, 2020

                                               _____
                                                  Deborah A. Batts
                                             United States District Judge